C06-6277 MJJ

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

To allow for service of process on the defendant, pursuant to the Court's Order, dated February 1, 2007, it is hereby ordered that the case management conference is continued until _____June 12_____, 2007, at 2:00 p.m.

Dated: April  4 , 2007

_____
MARTIN J. JENKINS
United States District Judge

**PLAINTIFFS' CMC STATEMENT**
*U.S. v. Corbett,* **C 06-6277 MJJ**                -5-