```
SCOTT N. SCHOOLS (SBSCN 9990)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR  (CSBN 56320)
Assistant United States Attorney
     450 Golden Gate Avenue, 9th Floor
     P.O. Box 36055
     San Francisco, CA 94102-3495
     Telephone:  (415) 436-7200
     Facsimile:   (415) 436-6748

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CORBETT, <br><br> Defendant. | **CIVIL NO: C 06-6277 MJJ** <br><br> **PARTIES' STIPULATION RE SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT ON THE MERITS AND** <br><br> **ORDER** <br><br> ~~(Proposed)~~ |

On July 25, 2007, the Court entered its Civil Pre-Trial Minutes, including directions to parties regarding dispositive motions. Inasmuch as the date designated for those motions in the Civil Pre-Trial Minutes, February 19, 2008, is a Tuesday following a Federal Holiday,

IT IS HEREBY STIPULATED by the parties, through their respective undersigned attorneys, that this matter may be heard on cross-motions for summary judgment, as to the claims of ejectment, trespass, and injunctive relief, on the following schedule:

Plaintiffs' Brief in Support of Summary Judgment    —    **January 8, 2008**

Defendants' Brief in Opposition to Plaintiffs'
Motion and in Support of Cross Motion for
Summary Judgment for Defendants    —    **January 22, 2008**

| | | |
|---|---|---|
| Plaintiffs' Brief in Reply and in Opposition to Summary Judgment for Defendants | — | **February 5 , 2008** |
| Defendants' Brief in Reply | — | **February 12, 2008** |
| Hearing on Cross-Motions | — | **February 26, 2008, 9:30 a.m.** |

IT IS FURTHER STIPULATED, that the issue of damages will be bifurcated and briefed and argued after entry of a decision by the Court on the merits of the Complaint's ejectment, trespass, and injunctive claims, as necessary.

Dated:___8-30____ , 2007          LAW OFFICES OF MATTHEW J. WEBB


                                  /s/
                                  _____
                                  MATTHEW J. WEBB, ESQ.

                                  Attorneys for Defendant


Dated:___8-30____ , 2007          SCOTT N. SCHOOLS
                                  United States Attorney


                                  /s/
                                  _____
                                  CHARLES M. O'CONNOR
                                  Assistant U.S. Attorney

                                  Attorneys for the Plaintiff

## ORDER

IT IS HEREBY ORDERED, based on the foregoing stipulation of the parties, that: The Court will hear this matter on cross motions for summary judgment by the parties on the merits of the Complaint's ejectment, trespass, and injunctive claims on the following schedule:

**STIP & ORDER RE SUMMARY JUDGEMENT**
**U.S. v. Corbett  NO: C 06-6277 MJJ**                                          Page -2-

| | |
|---|---|
| Plaintiffs' Brief in Support of Summary Judgment — | **January 8, 2008** |
| Defendants' Brief in Opposition to Plaintiffs' Motion and in Support of Cross Motion for Summary Judgment for Defendants — | **January 22, 2008** |
| Plaintiffs' Brief in Reply and in Opposition to Summary Judgment for Defendants — | **February 5, 2008** |
| Defendants' Brief in Reply — | **February 12, 2008** |
| Hearing on Cross-Motions — | **February 26, 2008** 9:30 a.m. |

Dated: \_\_\_8/31\_\_\_, 2007

_____
MARTIN J. JENKINS
United States District Judge

**STIP & ORDER RE SUMMARY JUDGEMENT**
**U.S. v. Corbett  NO: C 06-6277 MJJ**                                      Page -3-