UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>MICHAEL CORBETT,<br><br>        Defendant(s).<br>_____/ | No. C-06-06277 MJJ (JCS)<br><br>**ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference has been scheduled for **March 20, 2008, at 11:00 a.m.**

Lead trial counsel and the parties shall report to Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Each party shall prepare an updated Settlement Conference Statement, which must be LODGED with the undersigned's Chambers (NOT electronically filed) **no later than March 13, 2008**. Please 3-hole punch the document at the left side.

Counsel shall notify the undersigned's Chambers at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of the July 27, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: February 12, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge