**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),

    v.

MICHAEL CORBETT,

        Defendant(s).

_____/

No. C-06-06277 MHP (JCS)

**ORDER SETTING FURTHER
SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a Further Settlement Conference has been scheduled for **March 24, 2008, at 2:00 p.m.**

    Lead trial counsel and the parties shall report to Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    Counsel shall notify the undersigned's Chambers at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of the July 27, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

    IT IS SO ORDERED.

Dated: March 21, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge